# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138053(48)

GARY RICHARD STANNY,
          Plaintiff-Appellant,

v

                                          SC: 138053
                                          COA: 280916

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
          Defendant-Appellee.
                                          Wayne CC: 06-606447-NF

_____/

On order of the Court, the motion for reconsideration of this Court's August 6, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

*Corbin R. Davis*

Clerk

d1019